1008

[No. 45633-4-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. DONNY L. MITCHELL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02083-5, Carol A. Schapira, J., entered November 1, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45653-9-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MARK E. MARCRUM, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-01204-1, Steven J. Mura, J., entered November 5, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45426-9-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL LEE BOUTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01697-8, Terence P. Lukens, J., entered September 17, 1999. *Remanded* by unpublished per curiam opinion.

[No. 46559-7-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL ANGELO MILLER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05226-5, Carol A. Schapira, J., entered May 1, 2000. *Remanded* by unpublished per curiam opinion.